# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL D. DRUZ, | |
| Plaintiff, | |
| v. | Civil Action No. 15-8550-BRM-TJB |
| BORO OF BELMAR, *et al.*, | **ORDER** |
| Defendants. | |

**THIS MATTER** having been opened to the Court on the *sua sponte* Report and Recommendation of the Honorable Tonianne J. Bongiovanni, U.S.M.J., dated July 6, 2017 (ECF No. 19); the parties having been given the opportunity to respond or object to Judge Bongiovanni's Report and Recommendation by July 20, 2017; the parties having failed to respond or object to the Report and Recommendation as of that date; the Court having reviewed the Report and Recommendation; and it appearing the Court should adopt the Report and Recommendation without modification;

**IT IS** on this 11th day of December 2017,

**ORDERED** that the Report and Recommendation (ECF No. 19) is hereby adopted and entered; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that this case is **CLOSED**.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
UNITED STATES DISTRICT JUDGE